UNITED STATES of America,
Plaintiff–Appellee,

v.

Humberto Magana ARIAS,
Defendant–Appellant.

No. 02–10150.

D.C. No. CR–00–00058–HDM/RAM.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Humberto Magana Arias appeals his jury trial conviction and 240–month sentence for conspiracy (21 U.S.C. § 846); methamphetamine distribution (21 U.S.C. § 841(a)(i)) and unlawful use of a communication facility (21 U.S.C. § 843(b)). Arias also pled guilty to unlawful reentry in violation of 8 U.S.C. § 1326.

On appeal, Arias challenges only the district court's denial of his post-trial motion to dismiss, contending that he was denied his right to a speedy trial as required by the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). Arias has waived the right to appeal this issue because a defendant's failure to move for dismissal prior to trial or entry of a plea of guilty constitutes a waiver of the right to dismissal. 18 U.S.C. § 3162(a)(2). The Act provides for no exception to the waiver of the right to dismissal for failure to make a timely motion. *United States v. Brickey*, 289 F.3d 1144, 1150 (9th Cir.2002).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

